```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 04362
   KATHERINE DUNFORD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7317


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/09/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG         .00           .00             .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE    12774.39           .00        12774.39
RESURGENT CAPITAL          CURRENT MORTG         .00           .00             .00
CITY OF CHICAGO WATER DE   SECURED            281.00           .00          281.00
A A RAYNER & SONS          FILED LATE        1011.58           .00             .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED         1120.00           .00         1120.00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
DISH NETWORK               UNSECURED          600.51           .00          600.51
DISH NETWORK               NOTICE ONLY     NOT FILED           .00             .00
FIFTH THIRD BANK           UNSECURED       NOT FILED           .00             .00
FIFTH THIRD BANK           NOTICE ONLY     NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00             .00
ILLINOIS DEPARTMENT OF E   UNSECURED       NOT FILED           .00             .00
VERIZON                    UNSECURED          211.48           .00          211.48
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED           .00             .00
EAST WEST UNIVERSITY       UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO WATER DE   UNSECURED          304.50           .00          304.50
SIR FINANCE                SECURED NOT I        .00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,380.20                       1,380.20
TOM VAUGHN                 TRUSTEE                                           960.55
DEBTOR REFUND              REFUND                                          1,300.84

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  18,933.47

PRIORITY                                              .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04362 KATHERINE DUNFORD
```

```
SECURED                                                    13,055.39
UNSECURED                                                   2,236.49
ADMINISTRATIVE                                              1,380.20
TRUSTEE COMPENSATION                                          960.55
DEBTOR REFUND                                               1,300.84
                               ----------------   ----------------
TOTALS                               18,933.47           18,933.47
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 01/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```